# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **BRANDY HAYES,**<br><br>Plaintiff,<br><br>v.<br><br><br>**CHARLES SCHWAB & CO., INC.,**<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>**Civil Action No. 4:24-cv-816-ALM**<br><br><br><br>**JURY TRIAL DEMANDED** |

### ORDER ON PLAINTIFF'S MOTIONS IN LIMINE:

Before the Court are Plaintiff's First, Second, Third and Fourth Motions in Limine. Having considered the briefing and the arguments of the Parties, the Court is the opinion that:

**As to Plaintiff's First Motion in Limine:**

Motion 1(1) (witness testimony, exhibits, or statements from attorneys about the sufficiency of the efforts that Plaintiff made to find a new job after she was fired from Defendant, or about other jobs that Defense believes Plaintiff should have applied for, or that she could have been hired for) should be and is hereby:

▢ GRANTED   ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(2) (witness testimony, exhibits, or statements from attorneys suggesting that Plaintiff could or should have done more to mitigate her wage losses) should be and is hereby:

▢ GRANTED   ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(3) (witness testimony, exhibits, or statements from attorneys about whether Plaintiff received unemployment benefits, or how much) should be and is hereby:

▢ GRANTED  ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(4) (witness testimony, exhibits, or statements from attorneys about how much money Plaintiff has earned or will earn at her current job) should be and is hereby:

▢ GRANTED  ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(5) (witness testimony, exhibits, or statements from attorneys about the amount of time that passed between Plaintiff's termination and when she found her new job) should be and is hereby:

▢ GRANTED  ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(6) (witness testimony, exhibits, or statements from attorneys about when Plaintiff began looking for new employment, or when she found her new job) should be and is hereby:

▢ GRANTED  ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(7) (witness testimony, exhibits, or statements from attorneys about Plaintiff's earnings levels while employed at Defendant) should be and is hereby:

▢ GRANTED  ▢ DENIED       ▢ GRANTED with modifications, as follows:

_____

_____

Motion 1(8) (witness testimony, exhibits, or statements from attorneys about how much Plaintiff was paid while on leave) should be and is hereby:

☐ GRANTED  ☐ DENIED     ☐ GRANTED with modifications, as follows:

_____

_____

**As to Plaintiff's Second Motion in Limine:**

Motion 2(1) (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff submitted an application for employment with Charles Schwab in May of 2022, but was not hired at that time.) should be and is hereby:

☐ GRANTED  ☐ DENIED     ☐ GRANTED with modifications, as follows:

_____

_____

Motion 2(2) (any argument or suggestion that it was improper, or against Charles Schwab policies, for Plaintiff to take photographs of her computer screen at work) should be and is hereby:

☐ GRANTED  ☐ DENIED     ☐ GRANTED with modifications, as follows:

_____

_____

Motion 2(3) (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff did not pass her Securities Industry Essentials, Series 7 and 63 licenses exams) should be and is hereby:

☐ GRANTED  ☐ DENIED     ☐ GRANTED with modifications, as follows:

_____

_____

<u>Motion 2(4)</u> (witness testimony, exhibits, or statements from attorneys about Stacey Richard's claim that she heard Plaintiff taking a personal call during work hours, and that doing so amounted to "time theft" - including Defendant's requested Exhibit No. 2 (Bates-labeled Schwab/Hayes 002544 – 002555)) should be and is hereby:

☐ GRANTED ☐ DENIED        ☐ GRANTED with modifications, as follows:

_____

_____

<u>Motion 2(5)</u> (witness testimony, exhibits, or statements from attorneys about John Siadek's observations and ratings about Plaintiff's calls, including Defendant's requested Exhibit D3 ("Call reviews from John Siadak (Hayes), Exhibit D-4 ("Call reviews from John Siadak (Delao), and Exhibit D-5 "Call reviews from John Siadak (Hayes)")) should be and is hereby:

☐ GRANTED ☐ DENIED        ☐ GRANTED with modifications, as follows:

_____

_____

<u>Motion 2(6)</u> (witness testimony, exhibits, or statements from attorneys about John Siadek's observations about Plaintiff's alleged lack of participation in the training ("nesting") chat) should be and is hereby:

☐ GRANTED ☐ DENIED        ☐ GRANTED with modifications, as follows:

_____

_____

<u>Motion 2(7)</u> (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff was not married when she gave birth to her child, including the use of phrases like "out of wedlock," "single mom" or other phrases that carry moral implications, to refer to the fact that Plaintiff was not married) should be and is hereby:

☐ GRANTED ☐ DENIED        ☐ GRANTED with modifications, as follows:

_____

_____

<u>Motion 2(8)</u> (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff filed a complaint against a prior supervisor, Latisha Munson, and/or suggesting that Plaintiff is a serial complainer, or "litigious") should be and is hereby:

▢ GRANTED  ▢ DENIED      ▢ GRANTED with modifications, as follows:

_____

_____


**As to Plaintiff's Third Motion in Limine:**

<u>Motion 3(1)</u> (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff originally asserted a claim under the FMLA or PWFA, but has since dropped those claims) should be and is hereby:

▢ GRANTED  ▢ DENIED      ▢ GRANTED with modifications, as follows:

_____

_____


<u>Motion 3(2)</u> (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff was denied FMLA leave in August 2023 (including Defendant's Exhibit 9, Bates Number 000504)) should be and is hereby:

▢ GRANTED  ▢ DENIED      ▢ GRANTED with modifications, as follows:

_____

_____


<u>Motion 3(3)</u> (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff asked for leave in 2022, or the fact that she was not granted leave at that time) should be and is hereby:

▢ GRANTED  ▢ DENIED      ▢ GRANTED with modifications, as follows:

_____

_____

<u>Motion 3(4)</u> (witness testimony, exhibits, or statements from attorneys about the fact that Plaintiff testified in her deposition that one of the reasons she believes she was fired was because she took medical leave) should be and is hereby:

▢ GRANTED ▢ DENIED        ▢ GRANTED with modifications, as follows:

_____

_____

<u>Motion 3(5)</u> (witness testimony, exhibits, or statements from attorneys about whether or how much Plaintiff was paid while on leave) should be and is hereby:

▢ GRANTED ▢ DENIED        ▢ GRANTED with modifications, as follows:

_____

_____

**<u>As to Plaintiff's Fourth Motion in Limine</u>:**

<u>Motion 4(1)</u> (questioning and arguments suggesting that Plaintiff must prove animosity, antipathy, hatred, or ill-will on the part of a particular individual) should be and is hereby:

▢ GRANTED ▢ DENIED        ▢ GRANTED with modifications, as follows:

_____

_____

IT IS SO ORDERED.   SIGNED on this _____ day of _____, 20_____,

_____
U.S. DISTRICT JUDGE