IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDY HAYES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:24-cv-00816-ALM |
| | § | |
| CHARLES SCHWAB & CO., INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST MOTION IN LIMINE**

Defendant Charles Schwab & Co., Inc. ("Defendant") files this its Response to Plaintiff's First Motion in Limine as follows:

1. The parties agree that this Court will decide whether Plaintiff, if she prevails at trial, will receive a back pay award and, if so, the amount of the award.

2. Therefore, Defendant will not seek to put on evidence relating to the amount of the back pay claim, or evidence relating to her mitigation efforts.

3. However, Defendant should be permitted to put on evidence that Plaintiff became reemployed.

4. Otherwise, the jury could be left with the impression that Plaintiff is still unemployed and earning no income, to the prejudice of Defendant.

5. Also, Defendant should be permitted to put on evidence comparing her earnings from her new job with her earnings while employed by Defendant, so that the jury can assess the economic impact of Plaintiff's termination. To preclude Defendant from putting on this evidence would be to its prejudice.

321935491v.1

6. Further, Defendant should be permitted to put on evidence of its payments to Plaintiff while she was on leave, to demonstrate its fair treatment of Plaintiff. To preclude Defendant from putting on this evidence also would be to its prejudice.

7. Defendant therefore respectfully requests that Plaintiff's First Motion in Limine be denied.

321935491v.1

Respectfully submitted,

By: *Linda C. Schoonmaker*

Linda C. Schoonmaker
State Bar No. 17806300
lschoonmaker@seyfart.com
Julia M. Tape
State Bar No. 24144490
jtape@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

**ATTORNEYS FOR DEFENDANT
CHARLES SCHWAB & CO., INC.**

## CERTIFICATE OF SERVICE

I certify that on the __18th__ day of November, 2025 I served the above-referenced Response by ECF on all counsel of record.

*Linda C. Schoonmaker*

Linda C. Schoonmaker

3

321935491v.1