# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDY HAYES, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 4:24-cv-816 |
| | § | Judge Mazzant |
| CHARLES SCHWAB & CO., INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Pending before the Court is Defendant's Opposed Motion to Quash Trial Subpoena to John Bergeron (Dkt. #87). After considering the arguments and evidence, the Court finds that Defendant has not carried its burden to establish undue burden pursuant to Federal Rule of Civil Procedure 45(d)(3)(A)(iv).

It is therefore **ORDERED** that the Motion to Quash Trial Subpoena to John Bergeron (Dkt. #87) should be **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 23rd day of February, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE